# IN THE SUPREME COURT OF THE STATE OF NEVADA

BAYZLE MORGAN,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
RICHARD SCOTTI, DISTRICT JUDGE,
Respondents,
  and
THE STATE OF NEVADA,
Real Party in Interest.

No. 70655

**FILED**

JUN 27 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
CHIEF DEPUTY CLERK

## *ORDER DENYING PETITION*

This is an original petition for a writ of mandamus or, alternatively, prohibition challenging a district court order denying a motion to continue the trial in the underlying proceedings, which is scheduled to begin on Monday, June 27, 2016. Petitioner has also filed a motion for stay,[1] and real party in interest has filed an opposition. Having considered the documents and arguments presented in this matter, we conclude that our extraordinary intervention is not warranted. *Pan v.*

---

[1]We note that petitioner's motion was denominated an "emergency," but counsel failed to comply with the requirements set forth in NRAP 27(e), which governs such motions.

16 - 19984

*Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004). Accordingly, we

ORDER the petition DENIED.[2]

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

cc: Hon. Richard Scotti, District Judge
The Law Office of Daniel M. Bunin
Dayvid J. Figler
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

---

[2]The motion for stay is denied as moot.